James L. Andrews and H. Alston Jeffers, as Partners, etc., Respondents, v. Florence L. Schepp and Others, as Executors, etc., of Leopold Schepp,

Deceased, and L. Schepp Company, Appellants.— Order modified by granting motion so far as to vacate notice as to item 4 (a), and as to examination of Florence L. Schepp, with leave to renew if plaintiffs are unable to obtain the information from the witness Harry Belgard, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.